**Esau Aquilino LOPEZ AGUILAR,
Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

No. 04–75938.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 24, 2008.

Enrique Ramirez, Esq., Law Office of
Enrique Ramirez, San Francisco, CA, for
Petitioner.

Ronald E. Lefevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
U.S. Department of Justice, Civil Div./Of-
fice of Immigration Lit., Washington, DC,
for Respondent.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

Before: LEAVY, RYMER, and
THOMAS, Circuit Judges.

MEMORANDUM **

Esau Aquilino Lopez Aguilar, a native
and citizen of Guatemala, petitions for re-
view of the Board of Immigration Appeals'
order summarily affirming an immigration
judge's decision denying his applications
for asylum and withholding of removal.
We have jurisdiction under 8 U.S.C.
§ 1252. Reviewing for substantial evi-
dence, *Pedro–Mateo v. INS*, 224 F.3d
1147, 1150 (9th Cir.2000), we deny the
petition for review.

Substantial evidence supports the agen-
cy's conclusion that Lopez Aguilar did not
establish eligibility for asylum. *Id.* at 1151
("Absent evidence to compel an alternate
conclusion, this case is squarely controlled
by [*INS v. Elias–Zacarias*, 502 U.S. 478,
112 S.Ct. 812, 117 L.Ed.2d 38 (1992) ],
where the Supreme Court held that absent
evidence of discriminatory purpose, a
guerrilla organization's attempts to force a
person to join them is insufficient to com-
pel a finding of persecution on account of
political belief.").

By failing to qualify for asylum, Lopez
Aguilar necessarily fails to satisfy the
more stringent standard for withholding of
removal. *See Alvarez–Santos v. INS*, 332
F.3d 1245, 1255 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.